# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2742
COUNCIL CREST CT,

Appellant,

vs.

U.S. BANK NATIONAL ASSOCIATION,
Respondent.

No. 77384

**FILED**

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

On June 24, 2019, this court entered an order noting that appellant had failed to timely file the opening brief and appendix and directing appellant to file the opening brief and appendix within 14 days.[1] This court cautioned appellant that failure to comply with the order could result in dismissal of this appeal. To date appellant has failed to file the documents or otherwise communicate with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]A copy of the order is attached.

19-33355

cc: Hon. David M. Jones, District Judge
    Ara H. Shirinian, Settlement Judge
    Kerry P. Faughnan
    Tiffany & Bosco, P. A.
    Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 2742
COUNCIL CREST CT,

        Appellant,

vs.

U.S. BANK NATIONAL ASSOCIATION,

        Respondent.

No. 77384

**FILED**

JUN 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER TO FILE DOCUMENTS

On May 6, 2019, this court issued a notice approving a stipulation of the parties extending the date for filing the opening brief. Pursuant to the notice the opening brief and appendix were due to be filed by June 5, 2019. To date, appellant has failed to file these documents. Appellant shall have 14 days from the date of this order to file and serve the opening brief and appendix. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1). Failure to comply timely with this order may result in the imposition of sanctions against appellant, including dismissal of this appeal. *See* NRAP 31(d).

It is so ORDERED.

_____, C.J.

cc:    Kerry P. Faughnan
       Tiffany & Bosco, P. A.

19-27041